PEOPLE v. OWENS

Appeal from Recorder's Court of Detroit, Wood (Andrew C.), J. Submitted Division 1 November 8, 1968, at Lansing. (Docket No. 4,137.) Decided November 27, 1968.

Lester Owens was convicted of driving while under the influence of intoxicating liquor. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Tauber & Garon,* for defendant.

PER CURIAM. Defendant was convicted of driving while under the influence of intoxicating liquor, CLS 1961, § 257.625 (Stat Ann 1960 Rev § 9.2325), and appeals.

An examination of the briefs and record discloses no prejudicial error.

Affirmed.

McGREGOR, P. J., and QUINN and LETTS, JJ., concurred.